IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:14-CV-00348-B

| | |
|---|---|
| LESLIE HOLDEN on Behalf of Herself and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RALEIGH RESTAURANT CONCEPTS, INC., <br><br> Defendant. | § § § § § § § § § § § § § § § |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. This Court, being duly advised, now finds that the above captioned case should be dismissed with prejudice.

THEREFORE, IT IS ORDERED that the Joint Stipulation of Dismissal is approved and the above captioned case is dismissed with prejudice.

SO ORDERED. THIS 13 day of September 2017.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge